**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ANTIONA LEE PHILLIPS**                                                              **PETITIONER**
*ADC #162493*

**V.**                        **CASE NO. 4:22-cv-00852-LPR-JTK**

**DOE**                                                                        **RESPONDENT**

## ORDER

Before the Court is Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1) Mr. Phillips's application shows that he has $65 in his prison account and that his average monthly balance is $22.63.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be completely destitute to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Williamson*, 786 F.2d at 1338. With the information provided to the Court, Mr. Phillips has not established that he is indigent or that paying the $5 filing fee would result in undue financial hardship. Accordingly, his Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

If Mr. Phillips wishes to proceed with this action, he must pay the applicable filing fee within thirty (30) days of the issuance of this Order. Failure to comply within the required period of time may result in summary dismissal of Mr. Phillips's petition.

Additionally, Mr. Phillips has failed to name a Respondent. A petition for a writ of habeas corpus "shall name the person who has custody over the [petitioner]" as the Respondent. 28 U.S.C.

§ 2242. If Mr. Phillips wishes to proceed with this habeas action, he must file an amended petition naming his current custodian, Dexter Payne, Director of the Arkansas Division of Correction, as the Respondent.

IT IS SO ORDERED this 21st day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE