IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTIONA PHILLIPS,**  **PETITIONER**
*ADC #162493*

CASE NO. 4:22-cv-00852-JTK

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**  **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED with prejudice.

SO ADJUDGED this 9th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE